**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **GORDON A. ROWE, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. Action No. 09-0038-CG-B |
| | ) |
| **MILTON CLEVE COLLINS,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the motion for order of condemnation filed by the plaintiff (Doc. 6), in which the plaintiff's moves the court to order garnishee Regions Bank to remit the funds being held to plaintiff's counsel. The court notes that no pleading has been filed by garnishee Regions Bank requesting that it be discharged with reasonable costs expended as directed in the order issued on January 10, 2011 (Doc. 7).

Upon due consideration, the plaintiff's motion is hereby **GRANTED in part**. It is, therefore, **ORDERED** that the funds in the amount of $319.48 held by Regions Bank pursuant to Garnishment by the plaintiff in this proceeding are hereby condemned for the benefit of the plaintiff. Garnishee Regions Bank is hereby **ORDERED** to immediately remit the funds in the amount of $319.48 to the Clerk of Court, United State District Court, 113 St. Joseph Street, Mobile, Alabama 36601.

Upon receipt of said funds, the clerk is directed to disbursed the $319.48 to plaintiff's counsel Rachel L. Webber, Esquire, at Rosen Harwood, P.A., P.O. Box 2727, Tuscaloosa, Alabama 35403.

Garnishee Regions Bank will be deemed to be discharged without reasonable costs expended without further order of the court upon receipt of the aforementioned funds into the Registry of the court, .

The clerk is directed to mail a copy of this order to Regions Bank.

**DONE and ORDERED** this 25th day of January, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE